# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1062
_____

EMMANUEL MCMEANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jeffrey Burns, Judge.

September 22, 2020


PER CURIAM.

AFFIRMED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Emmanuel McMeans, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.